TRACY HOPE DAVIS
United States Trustee
Cameron M. Gulden, Assistant United States Trustee
State Bar. No. MN 310931
cameron.m.gulden@usdoj.gov
DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV  89509
Telephone:  202-384-4921
Fax:  775-784-5531

Sumi Sakata, Trial Attorney
State Bar No. DC 1019220
sumi.sakata@usdoj.gov
DEPARTMENT OF JUSTICE
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, D.C. 20530
Telephone:  202-307-1399
Fax:  202-307-2397

Attorneys for Appellee Tracy Hope Davis,
United States Trustee for Region 17

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

IN RE: The Village at Lakeridge, LLC  :
                                      :
        Debtor.            :

---

The Village at Lakeridge, LLC     :
                                        :
                 Appellant,    :              Case No. 3:21-cv-160-MMD
                                        :
v.                                         :              Bankruptcy Case No. 11-51994-ABL
                                        :              Chapter 11
United States Trustee,          :
                                         :
                 Appellee.      :

## ORDER GRANTING STIPULATION TO EXTEND TIME
## FOR PARTIES TO REPORT ON NECESSITY OF
## FURTHER PROCEEDINGS (FIRST REQUEST)

1.      The stipulated order abating this appeal requires the parties, within 14 days after a decision by the Ninth Circuit in *USA Sales* becomes final and unappealable, to submit a status report notifying this Court and stating whether they believe further proceedings will be necessary in this appeal.  ECF No. 15.

2.      Counsel for the United States Trustee has contacted counsel for the appellant to ask for the appellant's position on whether it believes further proceedings are necessary.  Counsel for the appellant has represented that he is undergoing treatment for a serious medical condition.  Counsel indicated he is thus not in a position to respond substantively at present and requested additional time to do so.

3.      In light of these circumstances, **the parties hereby stipulate** to an additional 90 days from the entry of the order granting this stipulation to report on whether further proceedings are necessary in this appeal.  This is the first stipulation for an extension of time.


Dated:  July 16, 2024

By:    */s/ Cameron M. Gulden*
        Cameron M. Gulden
        Department of Justice
        Office of the United States Trustee
        300 Booth Street, Room 3009
        Reno, NV 89509
        Counsel for Appellee

By:    */s/ Alan R. Smith*
        Alan R. Smith, #1449
        270 Wrondel Way, Apt. B
        Reno, NV 89502
        Tele.: 775-287-6850
        Email: arsnevada52@gmail.com
        Counsel for Appellant


IT IS SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE,

_____

DATED:  July 17, 2024

2

## CERTIFICATE OF SERVICE

I, Cameron M. Gulden, an attorney, hereby certify that on July 16, 2024, I electronically filed the foregoing using the CM/ECF system.

/s/ Cameron M. Gulden
Cameron M. Gulden