TRACY HOPE DAVIS
United States Trustee
Cameron M. Gulden, Assistant United States Trustee
State Bar. No. MN 310931
cameron.m.gulden@usdoj.gov
DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV  89509
Telephone:  202-384-4921
Fax:  775-784-5531

Sumi Sakata, Trial Attorney
State Bar No. DC 1019220
sumi.sakata@usdoj.gov
DEPARTMENT OF JUSTICE
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, D.C. 20530
Telephone:  202-307-1399
Fax:  202-307-2397

Attorneys for Appellee Tracy Hope Davis,
United States Trustee for Region 17

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

IN RE: The Village at Lakeridge, LLC    :
                                        :
            Debtor.                     :

---

| The Village at Lakeridge, LLC | : | |
|---|---|---|
| | : | |
| Appellant, | : | |
| | : | Case No. 3:21-cv-160-MMD |
| v. | : | |
| | : | Bankruptcy Case No. 11-51994-ABL |
| United States Trustee, | : | Chapter 11 |
| | : | |
| Appellee. | : | |

### ORDER GRANTING STIPULATION TO EXTEND TIME
### FOR PARTIES TO REPORT ON NECESSITY OF
### FURTHER PROCEEDINGS (SECOND REQUEST)

1. The stipulated order abating this appeal requires the parties, within 14 days after a decision by the Ninth Circuit in *USA Sales* becomes final and unappealable, to submit a status report notifying this Court and stating whether they believe further proceedings will be necessary in this appeal. ECF No. 15.

2. The parties have had preliminary discussions regarding whether or not further proceedings are necessary before this Court, and counsel for the appellant has requested additional time to review the relevant cases.

3. The Ninth Circuit entered its order on remand in *USA Sales* on August 6, 2024. Therefore, under Supreme Court Rule 13, the deadline to petition for certiorari is 90 days from that date (which is November 4, 2024) or from the denial of a petition for rehearing.

4. In light of these circumstances, **the parties hereby stipulate** to an additional 30 days from November 4, or through and including **December 4, 2024**, to report on whether further proceedings are necessary in this appeal. This is the second stipulation for an extension of time.

Dated: October 8, 2024

By: */s/ Cameron M. Gulden*  
Cameron M. Gulden  
Department of Justice  
Office of the United States Trustee  
300 Booth Street, Room 3009  
Reno, NV 89509  
Counsel for Appellee

By: */s/ Alan R. Smith*  
Alan R. Smith, #1449  
270 Wrondel Way, Apt. B  
Reno, NV 89502  
Tele.: 775-287-6850  
Email: arsnevada52@gmail.com  
Counsel for Appellant

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE,

_____

DATED: October 9, 2024

2

## CERTIFICATE OF SERVICE

  I, Cameron M. Gulden, an attorney, hereby certify that on October 8, 2024, I electronically filed the foregoing using the CM/ECF system.

                <u>/s/ Cameron M. Gulden</u>
                Cameron M. Gulden