TRACY HOPE DAVIS
United States Trustee
Cameron M. Gulden, Assistant United States Trustee
State Bar. No. MN 0310931
cameron.m.gulden@usdoj.gov
DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV 89509
Telephone: 202-384-4921
Fax: 775-784-5531

Sumi Sakata, Trial Attorney
State Bar No. DC 1019220
sumi.sakata@usdoj.gov
DEPARTMENT OF JUSTICE
Executive Office for United States Trustees
441 G Street, N.W., Suite 6150
Washington, D.C. 20530
Telephone: 202-307-1399
Fax: 202-307-2397

Attorneys for Appellee Tracy Hope Davis,
United States Trustee for Region 17

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

IN RE: The Village at Lakeridge, LLC          :
                                     :
         Debtor.          :

---

The Village at Lakeridge, LLC          :
                                     :
         Appellant,          :          Case No. 3:21-cv-160-MMD
                                     :
v.          :          Bankruptcy Case No. 11-51994-BTB
                                   :          Chapter 11
United States Trustee,          :
                                     :
         Appellee.          :

## ORDER GRANTING STIPULATED DISMISSAL OF APPEAL

The United States Trustee agrees to forego collecting unpaid fees increased by the 2017 amendment to 28 U.S.C. § 1930(a)(6), but The Village at Lakeridge, LLC acknowledges there is an outstanding balance due, and the parties will work in good faith to reconcile the amount due.  The parties hereby agree to voluntarily dismiss the above-captioned appeal under Fed. R. Bankr. P. 8023(a), with each party to bear its own costs.

Dated:  November 25, 2024

/s/ Cameron M. Gulden
Cameron M. Gulden,
on behalf of the United States Trustee

/s/ Alan R. Smith
Alan R. Smith,
on behalf of The Village at Lakeridge, LLC, Appellant

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE,

DATED: November 25, 2024